0044-2M-EPIDXX-00228322-56079

# United States Bankruptcy Court
## Southern District of Mississippi

**IN RE:** KEVIN JOHN GUALANDI
1306 SMITH LAKE NE
BROOKHAVEN, MS 39601

DATE: 05/27/2011

CASE No. 09-02708-KMS

**MOTION TO ALLOW LATE FILED / AMENDED OR SUPPLEMENTAL CLAIMS**

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor.

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| VANDERBILT MORTGAGE / P O BOX 9800 ATTN: BANKRUPTCY DEPARTMENT / MARYVILLE, TN 37802-9800 | | Unsecured PAY 0.0000% | 15,463.29 |

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

**/s/ Harold J. Barkley, Jr.**

Harold J. Barkley, Jr. - Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, MS 39296-4476
Fax: 601-362-8826
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com

EDWIN WOODS JR.
BOND BOTES & WOODS PC
130 SOUTHPOINTE DR, STE D
BYRAM, MS 39272